IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ABBY FLAMMANG,

    Plaintiff,

v.   No. 1:24-cv-00263-DHU-JHR

ANGEL PORTILLO, ANTHONY MARTIN,
ADEN HEYMAN, and CITY OF ALBUQUERQUE
EX REL. ALBUQUERQUE FIRE RESCUE DEPT.,

    Defendants.

## UNOPPOSED MOTION TO DISMISS

Defendant Anthony Martin, by and through his counsel of record, Miller Stratvert, P.A. (Jennifer D. Hall and Laureana A. Larkin), hereby moves this Court to dismiss with prejudice all claims expressly raised or which could have been raised herein by Plaintiff Abby Flammang against Anthony Martin. As grounds for this Motion, Defendant Anthony Martin states to the Court that he has compromised and settled all issues in dispute between himself and Plaintiff Abby Flammang.

This Motion is not opposed by Plaintiff's counsel or any other Defense Counsel.

WHEREFORE Defendant Anthony Martin respectfully requests that this Court enter its order dismissing with prejudice all claims raised or which could have been raised by Plaintiff Abby Flammang against Anthony Martin.  Plaintiff's claims against other Defendants are not being dismissed at this time.

Respectfully submitted,

MILLER STRATVERT P.A.

By: */s/ Jennifer D. Hall*
    Jennifer D. Hall
    Laureana A. Larkin
    *Attorneys for Defendant Anthony Martin*
    PO Box 25687
    Albuquerque, NM  87125
    Phone:  (505) 842-4746
    Fax:  (505) 243-4408
    jhall@mstlaw.com
    llarkin@mstlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of July 2025, a copy of the foregoing was electronically filed through the CM/ECF system, and that a copy of the foregoing was sent via email to the following:

**Attorneys for Plaintiff:**
Boglarka Foghi
FOGHI LAW FIRM, LLC
4351 Jager Dr. NE, Ste. K
Rio Rancho, NM 87114
(505) 220-5691
foghilaw@yahoo.com

**Attorneys for Defendant Aden Heyman:**
Jason Bowles
BOWLES LAW FIRM
4811 Hardware Dr., NE, Bldg. D, Suite 5
Albuquerque. NM 87109
Telephone: (505) 217-2680
jason@bowles-lawfirm.com

**Attorneys for Defendant Angel Portillo:**
Michael Allison
The Allison Law Firm, P.C.
P.O. Box 25344
Albuquerque, NM 87125
505-204-7639
michael@allison-lawfirm.com

*/s/ Jennifer D. Hall*
Jennifer D. Hall

\\Abq-tamarack\ProData\015031-053806\Pleadings\5675984.docx