IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ABBY FLAMMANG,

    Plaintiff,

v.                                                                                 No. 1:24-cv-00263-DHU-JHR

ANGEL PORTILLO;
ANTHONY MARTIN;
ADEN HEYMAN; and
CITY OF ALBUQUERQUE EX REL.
ALBUQUERQUE FIRE RESCUE DEPT.,

    Defendants.

## ORDER TO REMAND

THIS MATTER is before the Court on Plaintiff's Motion to Remand made at the Status Conference held in this case on January 15, 2026. *See* Doc. 56. The Court finds:

1. There being no remaining federal claims in this case, the Court lacks subject matter jurisdiction under 28 U.S.C. § 1331.

2. Plaintiff and remaining Defendants, Angel Portillo and Aden Heyman, all being citizens of the State of New Mexico, the Court lacks diversity jurisdiction under 28 U.S.C. § 1332.

3. Defendant Angel Portillo does not oppose remanding this case back to state court. Doc. 56 at 2.

4. Defendant Aden Heyman does not oppose remanding this case back to state court. *Id.*

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand is **WELL-TAKEN** and **GRANTED**.

**IT IS FURTHER ORDERED** that this case will be **REMANDED** to the Second Judicial District Court, Bernalillo County, State of New Mexico.

**IT IS FURTHER ORDERED** that the Clerk of the Court for the United States District Court for the District of New Mexico shall take all necessary steps to ensure that this case is properly remanded to the Second Judicial District Court, Bernalillo County, State of New Mexico.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE